UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES D. GRIEPSMA,

        Plaintiff,

v.

CHRISTIAN J. ANDERSON, *et al.*,

        Defendants.

Case No. C19-181 RSM

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING DEFENDANTS FROM CIVIL RIGHTS ACTION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Michelle L. Peterson, United States Magistrate Judge. Dkt. #13. The R&R recommends dismissing without prejudice Plaintiff James D. Griepsma's claims as to twenty-three of the twenty-five named Defendants for failure to state a claim upon which relief may be granted. The R&R also recommends that Plaintiff be permitted to proceed with respect to the two remaining Defendants, Dr. Julia A. Barnett and Ms. Miriam Dominique Kastle. After considering Plaintiff's Objections (Dkt. #19), the Court agrees with Judge Peterson that the claims against twenty-three of the defendants—as identified in the R&R and set forth below—should be dismissed without prejudice under 28 U.S.C. § 1915(e)(2)(B).

ORDER DISMISSING DEFENDANTS
FROM CIVIL RIGHTS ACTION - 1

In his Objections, Plaintiff asserts that he has produced overwhelming evidence to the Court in support of his claims. *Id.* at 2-3. However, there is an important distinction between what evidence a plaintiff produces and whether that evidence supports the specific claim he seeks to prove. Here, Plaintiff has brought a claim under 42 U.S.C. § 1983 alleging violations of his civil rights. The Court agrees with Judge Peterson that the facts alleged against twenty-three of the defendants do not give rise to a legal claim under Section 1983—regardless of the evidence produced. This includes claims barred under the doctrine *res judicata* given Plaintiff's previous action before this Court in *Griepsma v. Wend, et al.*, 16-1843-JLR.

Furthermore, given this Court's dismissal of Plaintiff's claims against Sgt. Christian J. Anderson, Plaintiff's motion to correct the spelling of Mr. Anderson's name (Dkt. #20) is now moot.

## CONCLUSION

Having reviewed Plaintiff's amended complaint, the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, Plaintiff's objections thereto, and the remaining record, the Court hereby finds and ORDERS as follows:

(1) The Report and Recommendation is approved and adopted.

(2) Plaintiff's amended complaint and this action are DISMISSED, without prejudice, as to Defendants Deputy Vaughn LaQuet, Deputy Elias Salinas, Deputy Brianna Rogers, Sgt. Aaron McIntosh, Sgt. Paulie Storie, Deputy Richard Eichman, Counselor Harold P. Archibald, Billy Heinsohn, Sgt. Aaron Roos, Sgt. Myish Opelencia, ARNP Sue Baerg, PAC Jacob Grillo, Sgt. Lecia Kelley, Arben Kullojka, Sheriff Reichandt, Sgt. Christian J. Anderson, John Campbell, Superintendent Michael Obenland, Superintendent Jack Warner, Sloan G. Johnson, Adam J. Yanasak, Deputy E. Hernandez, and Brandi Blair, for failure of Plaintiff to state any claim upon which relief may be granted under 42 U.S.C. § 1983.

(2) Judge Peterson shall issue a service order directing service of Plaintiff's amended complaint (Dkt. #12) on Defendants Dr. Julia A. Barnett and Miriam Dominique Kastle.

(3) Plaintiff's Motion to Correct Misspelling (Dkt. #20) is DENIED as moot.

(4) The Clerk is directed to send copies of this Order to Plaintiff and Judge Michelle L. Peterson.

DATED this 1st day of August 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DISMISSING DEFENDANTS
FROM CIVIL RIGHTS ACTION - 3