UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES D. GRIEPSMA,

        Plaintiff,

v.

CHRISTIAN J. ANDERSON, et al.,

        Defendant.

Case No. C19-181-RSM-MLP

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

Plaintiff has filed a letter which appears to ask the Clerk for guidance regarding service on Defendants, raising new claims, and deadlines for filing pleadings. (Dkt. # 39). Plaintiff is advised that neither the Clerk nor the Court can provide legal assistance to a litigant. Plaintiff is also advised that all communication with the Court should be done through motions, not through letters to the Clerk. Plaintiff is strongly encouraged to consult the Federal Rules of Civil Procedure, this district's Local Rules, and the Court's pro se manual, "Filing a Complaint in your Own Behalf."

MINUTE ORDER - 1

The Clerk is directed to send copies of this minute order and Pro Se Instruction Sheet to Plaintiff.

Dated this 13th day of November, 2019.

                                            William M. McCool
                                            Clerk of Court

                                      By: Tim Farrell
                                          Deputy Clerk

MINUTE ORDER - 2