1

2

3

4

5

6                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
7                                    AT SEATTLE

8    JAMES D. GRIEPSMA,

9                          Plaintiff,                Case No. C19-181-RSM-MLP

10          v.

11   CHRISTIAN J. ANDERSON, *et al.*,                ORDER

12                         Defendants.

13

14          This is a 42 U.S.C. § 1983 prisoner civil rights action. Currently pending before the Court

15   is Defendants' response to Plaintiff's pending motions and motion for a new deadline to file their

16   reply in support of summary judgment motion ("Defendants' Motion").[1] (Dkt. # 75.) Defendants

17   request a new deadline to file a reply brief and that Petitioner's pending motions that were

18   received by the Court, but not filed or reviewed by this Court prior to this Court's submission of

19

20   _____

21   [1] On June 3, 2020, this matter was referred back to the Court after this Court submitted a Report and
     Recommendation on May 6, 2020, to the Honorable Ricardo S. Martinez regarding Defendants' Motion for
     Summary Judgment. (Dkt. ## 66, 74). Several of Plaintiff's filings, including his Response to Defendants'
22   Motion for Summary Judgment (dkt. ## 68-72) were received by the Court via email between April 23 and
     April 24, 2020, but not filed until May 12, 2020, due to an issue with the Court's Prisoner Electronic Filing
23   Procedures. (Dkt. # 74.) This matter was referred back to the Court for consideration of the additional
     documents. (*Id.*)

ORDER - 1

a Report and Recommendation regarding Defendants' Motion for Summary Judgment, be denied or stricken. (Dkt. # 75 at 1-3.)

Accordingly, having reviewed Defendants' Motion, the balance of the record, and finding good cause, the Court hereby ORDERS as follows:

(1) Defendants' motion for a new deadline to file their reply is GRANTED. The deadline for Defendants to file their reply is amended to June 22, 2020.

(2) Plaintiff's motion for an extension of time to file a response to Defendants' motion for summary judgment (dkt. # 69) is DENIED as moot because Plaintiff timely filed a response and supporting declaration on April 24, 2020.

(3) Plaintiff's motion to file an over-length response (dkt. # 70) is DENIED as moot because, despite Plaintiff filing a 60-page response on April 24, 2020, Plaintiff's filed response contains multiple duplicates of pages. Once sorted, Plaintiff's response totals 24 pages and complies with Local Rule 7(e)(3).

(4) Plaintiff's "Notice to Defendants for Constitutional Challenge to Motion for Summary Judgment" (dkt. # 68) is DENIED and STRICKEN as the document seeks no relief, and instead, lists questions and arguments that are duplicative of arguments identified and argued in Plaintiff's response (dkt. # 71).

(5) Plaintiff's motion to substitute a new declaration for his original declaration (dkt. # 67) is DENIED as untimely because Plaintiff filed this motion on May 8, 2020, which was 14 days after the deadline for filing his response had passed on April 24, 2020.

(6) The Clerk is directed to send copies of this Order to the parties.

ORDER - 2

1      Dated this 15th day of June, 2020.

2

3                                              _____
                                               MICHELLE L. PETERSON
4                                              United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER - 3